UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Recycle Technology, LLC

Debtor

Case No. 07-41871 MSH
Chapter 7

### ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

On February 25, 2011, the chapter 7 trustee for the above referenced case paid $5,145.93 in unclaimed funds, originally made payable to the debtor, Recycle Technology, LLC into this Court's registry fund which funds were subsequently deposited with the United States Treasury pending further order.

On December 14, 2011, David Lawrence, President of National Asset Locators, LLC filed a *Petition for Payment of Unclaimed Funds* on behalf of William S. McCambridge, President of Recycle Technology, LLC seeking an order directing the Clerk to approve the payment of $5,145.93 to the petitioner.

According to the records on file with the Corporation Division of Secretary of the Commonwealth of Massachusetts, Recycle Technology, LLC was dissolved on April 30, 2009. As petitioner's claim involved a dissolved Massachusetts corporation, the Court requested further information on March 22, 2012 and as of today, no additional information has been provided.

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* is denied without prejudice.

Dated: 3/17/14

BY THE COURT

United States Bankruptcy Judge